# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CRIMINAL ACTION NO. 3:03-cr-00214-GCM

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | **ORDER** |
| WESTLEY LORENZA MCKINNEY, | |
| Defendant. | |

**THIS MATTER** comes before the Court on the Court's own motion. Defendant Westley Lorenza McKinney filed a Motion for Reduced Sentence Under the First Step Act of 2018 (ECF No. 34). The Court instructs the Government to respond to this Motion within thirty (30) days of entry of this Order.

**SO ORDERED**.

Signed: June 7, 2022

Graham C. Mullen
United States District Judge